UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NHA DAC HO, | ) Case No. SACV 08-655 VBF(JC) |
| Petitioner, | ) ~~(PROPOSED)~~ JUDGMENT |
| v. | ) |
| JAMES E. TILTON, Director, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 10/12/11

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE